United States District Court For The
State of Oregon Portland Division

Tareq Zakarneh,

   Plaintiff,

         V.

United States Citizenship and
Immigration Services, Immigration
Custon Enforcement, John Doe,

   Defendant,

Case No. 3-25-CV-00448-SB

Tareq Zakarneh Affidavit

FILED14APR '26 10:41USDC-ORP

I Tareq Zakarneh declare under penalty and Perjury that I have been not able to meet any attorney in person or virtuale since January, 15, 2026, the defendant violate my constitutional rights of Prisoner while the defendant detain me in illegal Indefinite confinement, the violation of 5.5 code and Rules of Prisoner Constitutional right For attorney visit For Federal Immigration Counselors and Florence Immigration rights Project For Four times, as I knew one or two visits by Mr. Gurjinder From Federal Immigration Counselors when I was able to contact his office, I knew about one visit From the guards on March, 13, 2026, later on the Defendant Medical Unit of DHS (Department Homeland Security) state with officer Smith I will not be allowed to see lawyers or been transfered back until you give us all the medical tests that we wants From you, I'm too restricted to law library access and the defendant keep refusing and delay releasing my thumb drive which it has my Electronic legel work, as I have been infected of lung disease because of the Filthy Facilities in Messa, AZ and Florence Detention which it has non human circumstances and it had a Measles Infection

Page 1

and It was on quarantine between January,24,2026 to February,4,2026, I was left in limp mode without having the reliability to do any legal work, as I Filed a motion at the Ninth Circuit Under case 26-1537 to Force an order to allow me attorney Visit,

In Eloy Detention Center where they violate every aspect of religion rights For Muslims in Ramadan and noaccomodation For Ramadan Meals Code 2.3 violation, the detention company of the defendant through PHS medical told me I,m Infected in Tuberculosis and the Defendant state they will not accomodate any attorney visit or transFer or release On medical conditions and I will stay in Isolation with their own rules see attached medical report this affidavit is under Feed Rule 5,2(d) because of medical Information.

This is affidavit dated and executed on April,07,2026

/s/ Tareq Zakarneh
Tareq Zakarneh,PlaintiFF

Page 2

ZAKARNEH, TAREQ ZIAD FOUAD **DOB:** 04/07/1982 (43 yo M) **Acc No.** 1001835034 **DOS:** 02/16/2026



**U.S. Immigration
and Customs
Enforcement**

# ZAKARNEH, TAREQ ZIAD FOUAD

**A: 207079225  SubID: 388770862
Facility Code: EAZ  Housing Area: ,,,
43 Y old Male, DOB: 04/07/1982
Account Number: 1001835034
CORECIVIC, 1705 E. Hanna Road, ELOY, AZ-85131
Appointment Facility: Eloy Federal Contract Facility Center**

02/16/2026

**Appointment Provider: Kiiesha L Collins, RN**

## Reason for Appointment
1. PPD/TST Read after 1530

## History of Present Illness
<u>Patient Identification</u>:
    Patient Identification
        Patient properly identified by 2 sources including: *ID Badge, Verbally*
        Chaperone Present? *Yes*
        Chaperone Name: *SEG OFFICER ON DUTY and Velasco, RN*
        What language do you speak? *English*
        Interpretation provided? *Patient speaks English fluently*
<u>Narrative</u>:
    Pt encountered in B600 for PPD read. Pt presented left forearm with PPD plant approximately 12 mm in size and red in color. Per Core Civic officer, "pt has been scratching, rubbing, and messing with it since he has been in Bravo 6." Pt denies pain to area at this time. No other concerns. TE sent to provider at this time.

## Current Medications
Taking
• Triamcinolone Acetonide 55 MCG/ACT Aerosol 2 sprays in each nostril as needed for congestion Nasally bedtime , stop date 02/23/2026, KOP: No, Drug Source: Pharmacy, Notes to Pharmacist: Not required for travel

## Examination
<u>PPD</u>:
    PPD Exam
        Date PPD was planted? *02/14/2026*
        Time PPD was planted? *1430*
        Site PPD planted: *Left Forearm*
        Date PPD Read: *02/16/2026*
        Time PPD Read: *1530*
        Induration: *12mm*
        Impression *positive PPD result*

## Assessments
1. Readiness for enhanced health management - ND00162 (Primary)

## Treatment
**1. Others**
Notes:
Educated patient on PPD result; please see lab area for details

## Visit Codes
99211 OFFICE/OUTPATIENT VISIT, EST.

**Appointment Provider: Kiiesha L Collins, RN**

# Patient Medical Record

**ZAKARNEH, TAREQ**

43 yo M, DOB: Apr 7, 1982
Account Number: 1001835034
CORECIVIC
ELOY, AZ 85131

| Patient Medical Record | Page(s) |
|---|---|
| Encounters | 2 to 3 |
| Labs | 4 |
| **Total Pages** | **4** |

**Note:** There may be certain notes which are not made available as per your physician's discretion, please contact your physician's office to obtain those.

| **Eloy Federal Contract Facility Center** | **Cheanell L Jones LPN** |
|---|---|
| **CORECIVIC 1705 E. Hanna Road  ELOY, AZ 85131** | |
| **Tel: 520-464-3064  Fax:** | |

| **Patient:** | ZAKARNEH, TAREQ ZIAD FOUAD | **03/05/2026** |
|---|---|---|
| **DOB:** | 04/07/1982, Sex: Male | |
| **Address:** | CORECIVIC, 1705 E. Hanna Road, ELOY, AZ, US 85131 | |
| **Phone:** | | |

| **Ordered Date:** | 02/14/2026 |
|---|---|
| **Assessments:** | |
| **Lab:** | **PPD** |
| **Fasting:** | No |
| **Specimen:** | Collection Date: 02/14/2026   Time:2:30 PM |
| **Clinical Info:** | |

| Name | Value | Reference Range |
|---|---|---|
| Dose | | |
| Manufacturer | | |
| Lot # | | |
| Expiration date | | |
| Read date | 02/16/2026 | |
| Read time | 1530 | |
| Induration | 12mm | |
| Impression | Positive | |

**Result:**
**Received Date:** 02/16/2026
**Notes:**

Patient Name: ZAKARNEH, TAREQ ZIAD FOUAD , DOB: 04/07/1982

ZAKARNEH, TAREQ ZIAD FOUAD **DOB:** 04/07/1982 (43 yo M) **Acc No.** 1001835034 **DOS:** 02/16/2026

**Electronically signed by Kiiesha Collins RN on 02/16/2026 at 04:11 PM**

**Sign off status: Completed**

---

**Eloy Federal Contract Facility Center**
**CORECIVIC**
**1705 E. Hanna Road**
**ELOY, AZ 85131**
**Tel: 520-464-3064**
**Fax:**
**Progress Note: Kiiesha L Collins, RN    02/16/2026**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*

Tareq Zakarneh "9225"
Eloy Detention Center
1705 E Hana Rd,
Eloy, AZ 85131

PHOENIX AZ 852
10 APR 2026 PM 11 L

FOREVER / USA

To: US District Court of Oregon
clerks office
1000 SW 3rd Ave, Ste 740
Portland, Oregon 97204

**MAILED FROM
DETENTION CENTER**

97204-293790