FILED 22 APR '26 10:21 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **TAREQ ZAKARNEH** | **Case No. 3:25-cv-00448-SB** |
| **Plaintiff,** | |
| **V.** | **ADDRESS UPDATE** |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ET AL,** | |
| **Defendant,** | |

The Plaintiff wants to notify the court that the defendant who has custody on him moved him back to the district of Washington to NW ICE processing center :-

NW ICE processing center

1623 East J. Street

Tacoma,WA 98421

The defendant in obstruction of justice keep moving the plaintiff around the country god creation every three to six months ,The plaintiff has been moved to filthy nasty facilities in Messa,AZ and Florence ,AZ then Eloy,AZ , Florence facility was infected of Measles and had bad conditions and over restricted.

**This is dated on 04.16.2026**

/s/ **Tareq Zakarneh**
**Tareq Zakarneh, Plaintiff**

**ADDRESS UPDATE**

Tareq Zelkaneh "9225"
NW ICE Processing Center
1623 East J Street
Tacoma, WA 98421

TACOMA WA 983
20 APR 2026 PM 2

D3

quadient
FIRST-CLASS MAIL
IMI
$000.74°
04/20/2026 ZIP 98421
043M31249466
US POSTAGE



Clerks Office
To: US District Court
740 US District Court
1000 S.W Third Ave
Portland, Oregon 97204

97204-293790